# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

MATTHEW J. NICKERSON

V.

GERALD F. TOWNS, in personam, and
F/V VIRGINIA ROWES, in rem

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-11505 JLT

**04-11505 JLT**

TO: (Name and address of Defendant)

GERALD F. TOWNS
11 Old Colony Drive
Plymouth, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT E. ALLEN, JR., ESQUIRE
P. O. BOX 262
67 BEDFORD STREET
MIDDLEBORO, MA 02346

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                         7-2-04

CLERK                                                DATE

(By) DEPUTY CLERK

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

_____
Deputy Sheriff

☐ Other (specify): _____
_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                   Date                              Signature of Server

                                        _____
                                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.