UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MATTHEW J. NICKERSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-11505-JLT |
| | * | |
| | * | |
| GERALD F. TOWNS, *in personam* and | * | |
| F/V VIRGINIA ROWES, her engines, | * | |
| tackle, apparel, appurtenances, etc., *in rem*, | * | |
| | * | |
| Defendants. | * | |

ORDER

December 9, 2004

TAURO, J.

After a conference on December 7, 2004, this court hereby orders that:

1. At the request of the parties, this case is reassigned to Magistrate Judge Alexander for all purposes including mediation and trial.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge