UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MATTHEW J. NICKERSON
    Plaintiff

  V.                                                                  CIVIL NO. 04-11505 JLA

GERALD F. TOWNS
F/V VIRGINIA ROWES
    Defendant

NOTICE OF
STATUS CONFERENCE

ALEXANDER, U.S.M.J.

**PLEASE TAKE NOTICE** that the above-entitled case has been set for a **Status Conference** at **10:00 a.m.** on **Wednesday, January 26, 2005,** before Judge Joyce London Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

                                            HONORABLE JOYCE LONDON ALEXANDER
                                            UNITED STATES MAGISTRATE JUDGE

                                            By the Court:

December 13, 2004        /S/ Rex Brown
Date                           Courtroom Clerk
                             (617) 748-9238

Notice to:    Robert E. Allen, Esq.
                  *Via electronic notice*
                  Norman A. Peloquin, II, Esq.
                  *Via electronic notice*