UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MATTHEW J. NICKERSON
  Plaintiff

  V.               CIVIL NO. 04-11505 JLA

GERALD F. TOWNS
F/V VIRGINIA ROWES
  Defendant

NOTICE OF RE-SCHEDULED
STATUS CONFERENCE

ALEXANDER, U.S.M.J.

**PLEASE TAKE NOTICE** that the above-entitled case previously set for January 26, 2005, has been re-set for a **Status Conference** at **11:30 a.m.** on **Thursday, January 27, 2005,** before Judge Joyce London Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

               HONORABLE JOYCE LONDON ALEXANDER
               UNITED STATES MAGISTRATE JUDGE

               By the Court:

January 25, 2005     /S/ Rex Brown
Date          Courtroom Clerk
           (617) 748-9238

Notice to:  Robert E. Allen, Esq.
      *Via facsimile transmission*
      **(508) 946-2177**
      Norman A. Peloquin, II, Esq.
      *Via electronic notice*