UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------x
MATTHEW J. NICKERSON,                     :
                                          :
            Plaintiff,                    :
                                          :
vs.                                       :    CIVIL ACTION NO. 04-11505JLT
                                          :    IN ADMIRALTY
GERALD F. TOWNS, in personam and          :
F/V VIRGINIA ROWES, her engines,          :
tackle, apparel, appurtenances, etc., in rem, :
                                          :
            Defendants.                   :
-----------------------------------------------------x
```

**THE PARTIES' JOINT STATUS REPORT**

NOW COME the parties in the above-captioned action, and, by their attorneys, pursuant to the Court's Order entered on the docket February 17, 2005, report that the parties have scheduled private mediation before the Honorable Judge Byron, Ret., to take place on March 29, 2005.

Dated: February 22, 2005

Respectfully submitted,

| | |
|---|---|
| MATTHEW J. NICKERSON | GERALD F. TOWNS |
| By his attorney, | By his attorneys, |
| ROBERT E. ALLEN, JR., ESQ. | NORMAN A. PELOQUIN, II, P.C. |
| | |
| By: /s/ Robert E. Allen | By: /s/ Norman A. Peloquin |
| Robert E. Allen, Jr., Esquire | Norman A. Peloquin, II, Esquire, |
| (BBO No. 015730) | (BBO No. 550872) |
| 67 Bedford St., P.O. Box 272 | Morad Building, 460 County St. |
| Middleboro, MA 02346 | New Bedford, MA 02740 |
| Tel. (508) 946-4747 | Tel. (508) 991-2300 |
| Fax. (508) 946-2177 | Fax. (508) 991-8300 |