UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------x
MATTHEW J. NICKERSON,                    :
                                         :
          Plaintiff,                     :
                                         :
vs.                                      :    CIVIL ACTION NO. 04-11505JLT
                                         :    IN ADMIRALTY
GERALD F. TOWNS, in personam and         :
F/V VIRGINIA ROWES, her engines,         :
tackle, apparel, appurtenances, etc., in rem, :
                                         :
          Defendants.                    :
-----------------------------------------------------x
```

**THE PARTIES' AMENDED JOINT STATUS REPORT**

NOW COME the parties in the above-captioned action, and, by their attorneys, pursuant to the Court's Order entered on the docket February 17, 2005, and referring to The Parties Joint Status Report, dated February 22, 2005, now report that the parties have rescheduled the private mediation before the Honorable Judge Byron, Ret., to take place on April 12, 2005.

Dated: March 15, 2005

Respectfully submitted,

| | |
|---|---|
| MATTHEW J. NICKERSON | GERALD F. TOWNS |
| By his attorney, | By his attorneys, |
| ROBERT E. ALLEN, JR., ESQ. | NORMAN A. PELOQUIN, II, P.C. |
| | |
| By: /s/ Robert E. Allen | By: /s/ Norman A. Peloquin |
| Robert E. Allen, Jr., Esquire | Norman A. Peloquin, II, Esquire, |
| (BBO No. 015730) | (BBO No. 550872) |
| 67 Bedford St., P.O. Box 272 | Morad Building, 460 County St. |
| Middleboro, MA 02346 | New Bedford, MA 02740 |
| Tel. (508) 946-4747 | Tel. (508) 991-2300 |
| Fax. (508) 946-2177 | Fax. (508) 991-8300 |