UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-11505 JLA

MATTHEW J. NICKERSON
Plaintiff

V.

GERALD F. TOWNS
Defendant

## SETTLEMENT ORDER OF DISMISSAL

ALEXANDER, U.S.M.J.

The Court having been informed by both parties via telephonic communication on July 5, 2005 that the case has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated. The parties are to submit a stipulation of dismissal forthwith.

SO ORDERED.

HONORABLE JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE

By the Court:

July 5, 2005          /S/ Rex Brown
Date                  Rex Brown, Courtroom Clerk